**E.L. McINTOSH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2007–3121.

United States Court of Appeals, Federal Circuit.

April 10, 2007.

E.L. McIntosh, pro se.

### ORDER

On March 15, 2007 the court issued an order allowing E.L. McIntosh ("McIntosh") 21 days to notify the court if he had dismissed his petition for review before the Board. McIntosh has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

**William F. COACH, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 2006–3332.

United States Court of Appeals, Federal Circuit.

April 10, 2007.

### ORDER

The court has received and filed the petitioner's statement concerning discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued August 29, 2006, is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent should compute the due date for filing its brief 21 days from the date of this order.